JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 10-4625-VBF(JCx)**                    Dated: **January 31, 2011**

Title:    Janice Getty -v- The Brachfeld Law Group, PC, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

       Joseph Remigio                          None Present
       Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                             None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION [DKT. #19]**

The Court has received the Parties' Stipulation for Dismissal with Prejudice (dkt. #19). The Court hereby DISMISSES this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). This case is **CLOSED** and all future dates are taken off calendar.

**IT IS SO ORDERED.**

MINUTES FORM 90                         Initials of Deputy Clerk ___jre___
CIVIL - GEN